Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
CitiMortgage, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY D. OLSON,<br><br>　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CITIMORTGAGE, INC.,<br><br>　　Defendants. | CASE NO. 2:19-cv-02191-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CITIMORTGAGE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant CitiMortgage, Inc.'s response to Plaintiff Terry Olson's complaint currently is due January 13, 2020. CitiMortgage, Inc. has requested, and Plaintiff has agreed, that CitiMortgage has up to and including February 12, 2020 to respond to Plaintiff's complaint, to provide time for CitiMortgage, Inc. to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against CitiMortgage, Inc.

*[Continued on following page.]*

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: January 10, 2020

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant CitiMortgage, Inc.* | By: /s/ Shawn W. Miller<br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2020