UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRY D. OLSON,<br><br>                              Plaintiff(s),<br><br>    v.<br><br>EQUIFAX INFORMATION SYSTEMS, LLC, et al.,<br><br>                              Defendant(s). | Case No. 2:19-CV-2191 JCM (EJY)<br><br>ORDER |

Presently before the court is the matter of *Olson v. Equifax Information Services, LLC et al.*, case number 2:19-cv-02191-JCM-NJK.  Terry D. Olson ("plaintiff") filed the instant action on December 20, 2019, against Equifax Information Services, LLC ("Equifax") and CitiMortgage, Inc. ("CitiMortgage").  (ECF No. 1).  On January 28, 2020, plaintiff voluntarily dismissed CitiMortgage.  (ECF No. 8).

Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4(m).

More than 90 days have elapsed since the instant action was filed.  To date, plaintiff has not filed proof that he has served Equifax.

**James C. Mahan**
**U.S. District Judge**

1       On March 25, 2020, the court gave plaintiff notice of its intent to dismiss his claims
2   pursuant to Fed. R. Civ. P. 4(m).  (ECF No. 9).  However, the court notes that Equifax has
3   appeared in this action insofar as it filed a stipulation to extend time to answer, which the court
4   granted.  (ECF Nos. 6; 7).
5       Accordingly,
6       IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff shall file, within
7   7 days of this order, proof that he has served Equifax.
8       DATED May 8, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**